B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Hartwig Transit, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>36-2603434 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>3833 Industrial Avenue<br>Rolling Meadows, IL<br>ZIP Code 60008 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                      Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Hartwig Transit, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Hartwig Transit, Inc.

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Gregory K. Stern
_____
Signature of Attorney for Debtor(s)

 Gregory K. Stern 6183380
_____
Printed Name of Attorney for Debtor(s)

 Gregory K. Stern, P.C.
_____
Firm Name
 53 West Jackson Boulevard
 Suite 1442
 Chicago, IL 60604

_____
Address

 (312) 427-1558  Fax: (312) 427-1289
_____
Telephone Number
 January 27, 2014
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Gerald Hartwig
_____
Signature of Authorized Individual
 Gerald Hartwig
_____
Printed Name of Authorized Individual
 President
_____
Title of Authorized Individual
 January 27, 2014
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Hartwig Transit, Inc.

Debtor(s)

Case No.

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Airgas USA, LLC<br>PO Box 802576<br>Chicago, IL 60680-2576 | Airgas USA, LLC<br>PO Box 802576<br>Chicago, IL 60680-2576 | Trade Debt | | 5,003.56 |
| American Express<br>PO Box 297879<br>Ft. Lauderdale, FL 33329-7879 | American Express<br>PO Box 297879<br>Ft. Lauderdale, FL 33329-7879 | Trade Debt | | 60,737.64 |
| Bellin Health<br>1630 Commanche Avenue<br>Green Bay, WI 54313 | Bellin Health<br>1630 Commanche Avenue<br>Green Bay, WI 54313 | Trade Debt | | 5,183.25 |
| Central Indiana Tire & Retreading, Inc.<br>1051 S Laclede Street<br>Indianapolis, IN 46241 | Central Indiana Tire & Retreading, Inc.<br>1051 S Laclede Street<br>Indianapolis, IN 46241 | Trade Debt | | 33,132.40 |
| Day & Nite Towing<br>850 Hillcrest Street<br>Baldwin, WI 54002 | Day & Nite Towing<br>850 Hillcrest Street<br>Baldwin, WI 54002 | Trade Debt | | 4,438.91 |
| Freeman Freeman & Smiley<br>1888 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067 | Freeman Freeman & Smiley<br>1888 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067 | Trade Debt | | 5,465.04 |
| Gateway Industrial Power Inc.<br>P.O. Box 843715<br>Kansas City, MO 64184 | Gateway Industrial Power Inc.<br>P.O. Box 843715<br>Kansas City, MO 64184 | Trade Debt | | 4,305.47 |
| GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | 3 - 2011 International Trucks | | 175,134.40<br><br>(117,000.00 secured) |
| Leach Enterprises, Inc<br>4304 Route 176<br>Crystal Lake, IL 60014 | Leach Enterprises, Inc<br>4304 Route 176<br>Crystal Lake, IL 60014 | Trade Debt | | 15,113.04 |
| Loadtrek Software<br>PO Box 35<br>Pardeeville, WI 53954 | Loadtrek Software<br>PO Box 35<br>Pardeeville, WI 53954 | Trade Debt | | 27,908.10 |
| Motel 6/Studio 6<br>PO Box 846175<br>Dallas, TX 75284-6175 | Motel 6/Studio 6<br>PO Box 846175<br>Dallas, TX 75284-6175 | Trade Debt | | 11,726.33 |

B4 (Official Form 4) (12/07) - Cont.

In re    Hartwig Transit, Inc.                                          Case No. _____

    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Prodrivers<br>PO Box 102409<br>Atlanta, GA 30368-2409 | Prodrivers<br>PO Box 102409<br>Atlanta, GA 30368-2409 | Trade Debt | | 7,464.78 |
| RBS Citizens, N.A.<br>P.O. Box 7000<br>Providence, RI 02940 | RBS Citizens, N.A.<br>P.O. Box 7000<br>Providence, RI 02940 | All Collateral of Debtor | Disputed | 4,795,058.59<br><br>(834,727.24 secured) |
| Royal Tire, Inc.<br>NW 7828<br>PO Box 1450<br>Minneapolis, MN 55485-1450 | Royal Tire, Inc.<br>NW 7828<br>PO Box 1450<br>Minneapolis, MN 55485-1450 | Trade Debt | | 11,110.03 |
| Rush Truck Center - Huntley<br>11816 S Route 47<br>Huntley, IL 60142 | Rush Truck Center - Huntley<br>11816 S Route 47<br>Huntley, IL 60142 | Trade Debt | | 12,625.41 |
| Ryder Transportation Services 2<br>PO Box 96723<br>Chicago, IL 60693-6723 | Ryder Transportation Services 2<br>PO Box 96723<br>Chicago, IL 60693-6723 | Trade Debt | | 35,908.27 |
| John E. Stillpass, Attorneys at Law<br>4901 Hunt Road, #103<br>Cincinnati, OH 45242 | John E. Stillpass, Attorneys at Law<br>4901 Hunt Road, #103<br>Cincinnati, OH 45242 | Trade Debt | | 30,402.72 |
| Trillium Drivers<br>P.O. Box 671854<br>Detroit, MI 48267-1854 | Trillium Drivers<br>P.O. Box 671854<br>Detroit, MI 48267-1854 | Trade Debt | | 11,428.96 |
| Truck Country<br>P.O. Box 689707<br>Chicago, IL 60695-9707 | Truck Country<br>P.O. Box 689707<br>Chicago, IL 60695-9707 | Trade Debt | | 4,193.59 |
| Truckers 24 HR Road Service<br>2725 South Holt Road<br>Indianapolis, IN 46241 | Truckers 24 HR Road Service<br>2725 South Holt Road<br>Indianapolis, IN 46241 | Trade Debt | | 7,403.66 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    January 27, 2014                              Signature    /s/ Gerald Hartwig
                                                                    Gerald Hartwig
                                                                    President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  Hartwig Transit, Inc.
_____
Debtor(s)

Case No. _____
Chapter  11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 30,000.00* |
| Prior to the filing of this statement I have received | $ | 30,000.00 |
| Balance Due | $ | 0.00* |

*Plus additional amounts per hourly fee schedule

2.  The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
     All services for Chapter 11 Debtor

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     None.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  February  6, 2014
_____

/s/ Gregory K. Stern
Gregory K. Stern 6183380
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
(312) 427-1558  Fax: (312) 427-1289

---

## ATTORNEY CLIENT AGREEMENT

**THIS AGREEMENT**, made on January 9, 2014, is hereby entered into between Hartwig Transit, Inc., 3833 Industrial Avenue, Rolling Meadows, Illinois (the "Client"), and Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois, 60604 (the "Attorneys").

1. As compensation for professional services rendered the Client shall pay the Attorneys their standard hourly rates as in effect from time to time. At present the hourly rates are as follows: $465.00 for services provided by Gregory K. Stern and Dennis E. Quaid; $440.00 for services provided by Monica C. O'Brien, $350.00 for services provided by Christina M. Riepel and $250.00 for services provided by Rachel D. Stern. The Client shall pay the fee when billed, with the exception that, during the pendency of the Chapter 11, the Client will pay for services pursuant to court orders entered on applications for interim or final compensation, or per a separate written agreement with the Attorneys.

2. The Client has tendered a non-refundable advance payment minimum fee of $30,000.00 (the "Fee") to the Attorneys on the conditions herein enumerated prior to filing for Chapter 11 relief and for deposit into the Attorneys' general operating account. Services rendered will be credited against the advance payment minimum fee until it is exhausted.

3. The Fee consists of compensation for professional services including, but not limited to: analyzing case for filing Chapter 11; reviewing assets, liabilities, loan documentation, executory contracts and other relevant documentation; preparation of Chapter 11 petition, list of creditors, relevant documents for filing, Chapter 11 schedules and statement of financial affairs; representation at the first meeting of creditors; defending creditors' motions to convert, dismiss or modify the automatic stay, if any; preparation and presentation of motions to employ attorneys, accountants or other professional persons, motions for use, sale or lease of property, motions to assume or reject executory contracts; preparation and presentation of disclosure statement, plan and other necessary pleadings in furtherance of reorganizational goals; solicitation of creditor's acceptance; review of proofs of claims and objections regarding same; and, any other act or service in furtherance of reorganizational goals.

4. The Fee does not include (a) court costs and filing fees, (b) Westlaw or related computer expenses (c) copying and postage, or (d) any other out of pocket costs or expenses. All costs and expenses advanced by Attorneys shall be paid when Client is billed for same, with the exception that, during the Chapter 11, the Client will pay costs and expenses pursuant to court orders entered on applications for compensation, or per a separate written agreement with the Attorneys.

5. Any modification of this Agreement is void unless it is in writing and is signed by both parties.

Hartwig Transit, Inc.
By: Gerald Hartwig, President

Gregory K. Stern, Attorney
Gregory K. Stern, P.C.

AA On Site Road Service
1701 West Washington Street
Bloomington, IL 61701


AAA Trailer Services Inc.
4605 Crossroads Industrail Drive
Bridgeton, MO 63044


Ace Industrial Supply, Inc.
7535 San Fernando Blvd.
Burbank, CA 91505


Advanced Disposal Services
P.O. Box 6484
Carol Stream, IL 60197


Advanced Occupational Medicine Specialis
261`5 W. Harrison
Bellwood, IL 60104


Affinity Occupational Health
P.O. Box 359
Menasha, WI 54952


Airgas USA, LLC
PO Box 802576
Chicago, IL 60680-2576


Alexian Brothers Medical Center
800 Biesterfield Road
Elk Grove Village, IL 60007


Ambucare Clinic
3387 South US Highway 41
Terre Haute, IN 47802


American Express
PO Box 297879
Ft. Lauderdale, FL 33329-7879


American Express
Box 0001
Los Angeles, CA 90096-8000

American Welding & Gas, Inc.
3900 West North Avenue
Stone Park, IL 60165


Aramark - Belvidere
25259 Network Place
Chicago, IL 60673


Aramark - IA
26667 Network Place
Chicago, IL 60673


Aramark Uniform Services
PO Box 16067
Des Moines, IA 50316-9402


Beirne & Wirthlin CO LPA
1745 Madison Road
Cincinnati, OH 45206


Bellin Health
1630 Commanche Avenue
Green Bay, WI 54313


Bethesda Healthcare Inc.
P.O. Box 630815
Cincinnati, OH 45263


Bolin Services
5 Industrial Drive
Florissant, MO 63031


Boyer Petroleum Company
1817 Hull Ave
Des Moines, IA 50313


Bristol Transport and Towing
1 West Lake Street
Melrose Park, IL 60164


Broadview Inn & Suites
29 Public Square
Galesburg, IL 61401

C Johnson Truck Repair
100 South Pine
Janesville, WI 53548

Central Indiana Tire & Retreading, Inc.
1051 S Laclede Street
Indianapolis, IN 46241

CINTAS #009
P.O. Box 630803
Cincinnati, OH 45263

City Welding Sales & Service
7310 Kedzie Avenue
Skokie, IL 60076

Clean Image Mobile Wash
497 Burgess Street
Saint Paul, MN 55117

Cliff Hardware and Paint Supply
11115 Reading Rd
Cincinnati, OH 45241

Orlando Collins
1210 Garden Village Drive
Florissant, MO 63031

Columbus Community Hospital
1515 Park Avenue
Columbus, WI 53925

Com Ed
P.O. 6111
Carol Stream, IL 60197

Comcast
P.O. Box 3001
Southeastern, PA 19398

Cross Dillon Tire
4101 West "O" Street
PO Box 81208
Lincoln, NE 68501

Day & Nite Towing
850 Hillcrest Street
Baldwin, WI 54002


Drivetrain Service & Components
292 Devon Avenue
Bensenville, IL 60106


Duke Energy
P.O. Box 1326
Charlotte, NC 28201


EAU Claire Truck and Trailer, Inc.
7917 Partridge Road
Eau Claire, WI 54703


Emergency Breakdown Services
425 Fentoan Lane West
West Chicago, IL 60185


Emjay Sales and Leasing
6600 W 51st Street
Chicago, IL 60638


Estate of Thomas E. Quarles
c/o Tracy M. Halliburton, Representative
c/o Michael Hannigan, Esq.
21 West State Street
Geneva, IL 60134


Fleet Maintenance Service
1350 Kelly Avenue
P.O. Box 6132
Akron, OH 44306


Fleet Pride
PO Box 847118
Dallas, TX 75284-7118


Freeman Freeman & Smiley
1888 Century Park East
Suite 1900
Los Angeles, CA 90067

Gateway Industrial Power Inc.
P.O. Box 843715
Kansas City, MO 64184


GE Capital
P.O. Box 3083
Cedar Rapids, IA 52406-3083


General Truck Parts & Equipment
3833 Industrial Ave
Rolling Meadows, IL 60008


Goodman & Goodman
123 East Fourth Street
Cincinnati, OH 45202


Heritage-Crystal Clean LLC
1585 High Point Drive
Elgin, IL 60123


Hireright Solutions
PO Box
847783
Dallas, TX 75284-7783


Independent Diesel
PO Box 2228
Schiller Park, IL 60176


Inland Power Group
PO Box 68-9633
Chicago, IL 60695-9633


J&L Fasteners Express
703 Annoreno Drive
Unit 14
Addison, IL 60101


J.C. Hose & Tube Inc.
236 S. Lalonde Avenue
Addison, IL 60101


Jebro Inc.
P.O. Box 3586
Sioux City, IA 51102

Jim Hawk Truck Trailers
3515 Adventure Land Drive
PO Box 217
Altoona, IA 50009


John Dsuban Spring Service Inc.
4830 Duff Drive
Cincinnati, OH 45246


Roger Jones
c/o Nathaniel Lee
Lee Cossell Kuehn Crowley & Turner, LLP
127 East Michigan Street
Indianapolis, IN 46204


JX Enterprises
PO Box 196
Waukesha, WI 53187-0196


Kerry I. O'Sullican
Brown and Crouppen, P.C.
211 N. Broadway , Suite 1600
Saint Louis, MO 63102


Leach Enterprises, Inc
4304 Route 176
Crystal Lake, IL 60014


Liberty Glass Techs
220 West Ridge Road
Villa Park, IL 60181


Loadtrek Software
PO Box 35
Pardeeville, WI 53954


Marilyn Long
c/o George M. Ruel, Jr., Esq.
Freking & Betz LLC
525 Vine Street, 6th Floor
Cincinnati, OH 45202

Andrea Martin
c/o Kevin J. McNamara, Esq.
650 North Dearborn Street
Suite 750
Chicago, IL 60654


McKenzie & Synder, LLP
229 Dayton Street
Hamilton, OH 45011


Rodney A. Meier
c/o John J. Dwyer, Jr., Esq.
Dwyer & McDevitt
221 North LaSalle Street, Suite 1600
Chicago, IL 60601


Mel's Car Care
4317 West Lake Street
Melrose Park, IL 60160


Mels Auto Glass
11775 Reading Road
Cincinnati, OH 45241


Merrit's Truck & Auto Repair
1025 Touby Pike
Kokomo, IN 46901


Michelle A. Spahr, Esq.
Norris Choplin Schroeder, LLP
101 West Ohio Street
Ninth Floor
Indianapolis, IN 46204


Mid Iowa Fasteners
14480 North 51st Avenue West
Mingo, IA 50168


Midwest Occupational Health
P.O. Box 19217
Springfield, IL 62704


Midwest Repairs
3165 Dodd Road
Saint Paul, MN 55121

Midwest Wheel Companies
PO Box 1461
Des Moines, IA 50305-1461

Bruce Minter
60 Roundtree Court
Springboro, OH 45066

Molon Motor & Coil
300 North Ridge
Arlington Heights, IL 60005

Motel 6/Studio 6
PO Box 846175
Dallas, TX 75284-6175

Mount View Service
900 Redtail Lane
Wausau, WI 54401

NAPA of Palatine
855 W Northwest HWY
Palatine, IL 60067

Network Health System Inc.
P.O. Box 359
Menasha, WI 54952

Nicor
P.O. Box 5407
Carol Stream, IL 60197

Norridge Hardware
8330 West Lawrence Avenue
Norridge, IL 60706

O'Connor Acciani & Levy
1014 Vine Street, Suite 2200
Cincinnati, OH 45202

Occupational HC of Michigan, PC
P.O. Box 5106
Southfield, MI 48086

Occupational HC of Southwest PA Inc.
P.O. Box 75427
Oklahoma City, OK 73147


Occupational HC Southwest PC
P.O. Box 488
Lombard, IL 60148


Curtiss Ogletree
1380 Kristen Place
Cincinnati, OH 45240


Ohio Hydraulics
2510 E. Sharon Road
Cincinnati, OH 45241


Patriot Team Distributing, Inc.
7561 Easy Street
Store "F"
Mason, OH 45040-9421


Patten Industries Inc #774539
4539 Solutions Center
Chicago, IL 60677-4005


Edward Payne
c/o Barbara Bell, Esq.
3219 South Maple Avenue
Berwyn, IL 60402


Phillip J. Block, Esq.
Riemer & Braunstein LLP
71 W. Wacker Drive, Suite 3515
Chicago, IL 60606


Physician's Immediate Care
P.O. Box 2176
Dept. 5389
Milwaukee, WI 53201


Pomp's Tire Service, Inc.
PO Box 1630
Green Bay, WI 54305-1630

Prevea Health WorkMD
P.O. Box 12734
Green Bay, WI 54307


Prodrivers
PO Box 102409
Atlanta, GA 30368-2409


Quality Mobile Truck Repair Inc
2400 American Lane
Elk Grove Village, IL 60007


RBS Citizens, N.A.
P.O. Box 7000
Providence, RI 02940


Reliable Drug & Alcohol
3105 East 65th Street
Suite 400
Inver Grove Heights, MN 55076


Rob White Plowing
903 Indian
Springfield, IL 62702


Royal Tire, Inc.
NW 7828
PO Box 1450
Minneapolis, MN 55485-1450


RSS Mobile Trailer Repair
P.O. Box 1048
Traverse City, MI 49685


Rush Truck Center - Huntley
11816 S Route 47
Huntley, IL 60142


Ryder Transportation Services
PO Box 96723
Chicago, IL 60693-6723


Ryder Transportation Services 2
PO Box 96723
Chicago, IL 60693-6723

Safety-Clean Inc.
P.O. Box 650509
Dallas, TX 75265-0509


Schaeffer's Specialized Lubricants
102 Barton Street
Saint Louis, MO 63104


Shalom Valley Tire Service
1825 11th Avenue
P.O. Box 143
Baldwin, WI 54002


Silco Fire & Security
10765 Medallion Drive
Cincinnati, OH 45241


Sioux City Truck Sales
PO Box 386
Sioux City, IA 51102-0386


Jolene Speilberger
703 Park Avenue
Loveland, OH 45140


St Vincent Health
10330 North Meridian Street
Suit 201
Indianapolis, IN 46290


Staples
P.O. Box 83689
Chicago, IL


Hewitt Stegall
917 South 6th Street
Monmouth, IL 61462


John E. Stillpass, Attorneys at Law
4901 Hunt Road, #103
Cincinnati, OH 45242


Suburban Welding and Steel LLC
9820-24 West Frankling Avenue
Franklin Park, IL 60171

Tire Services Company
11111 Southwest Highway
Palos Hills, IL 60465


Tony's Roadside Service
721 Bullis Road
Elma, NY 10459


Trillium Drivers
P.O. Box 671854
Detroit, MI 48267-1854


Truck Country
P.O. Box 689707
Chicago, IL 60695-9707


Truck Equipment INC.
PO Box 11296
Green Bay, WI 54307


Truckers 24 HR Road Service
2725 South Holt Road
Indianapolis, IN 46241


Volvo Financial Services
Attn: Customer Service
7025 Albert Pick Rd., Suite 105
P.O. Box 26131
Greensboro, NC 27402


Wells Fargo Equipment Finance
NW-8178
PO Box 1450
Minneapolis, MN 55485-8178


Wingfooot Truck Care Center
c/o Abrams & Abrams, P.C.
180 West Washington Street
Suite 910
Chicago, IL 60602


Work Health and Safety Services
6200 Whipple Avenue NW
North Canton, OH 44720

Workplace Health
520 Philadelphia Street
Indiana, PA 15701

# United States Bankruptcy Court
## Northern District of Illinois

In re    Hartwig Transit, Inc.                                   Case No.
                                    Debtor(s)                    Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification
or recusal, the undersigned counsel for   Hartwig Transit, Inc.   in the above captioned action, certifies that the following is
a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any
class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Gerald Hartwig
216 Gladys
Fox River Grove, IL 60027

Gerald Hartwig Voting Trust
216 Gladys
Fox River Grove, IL 60027

Kevin B. Wickwire
1700 Cloverdale Way
Belvidere, IL 61008

Royal Jay Hartwig
9705 S. Muirfield Drive
Village of Lakewood, IL 60014

☐ None [*Check if applicable*]

January 27, 2014                          /s/ Gregory K. Stern
Date                                      Gregory K. Stern 6183380
                                          Signature of Attorney or Litigant
                                          Counsel for   Hartwig Transit, Inc.
                                          Gregory K. Stern, P.C.
                                          53 West Jackson Boulevard
                                          Suite 1442
                                          Chicago, IL 60604
                                          (312) 427-1558 Fax:(312) 427-1289