IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HARTWIG TRANSIT, INC., | ) | Case No. 14 B 3843 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | February 11, 2014 @ 9:30 a.m. |

**NOTICE OF MOTION**

TO:   Attached Service List

**PLEASE TAKE NOTICE THAT** on February 11, 2014, at 9:30 am, I shall appear before the Honorable Don ald R. Cassling, or any other judge sitting in his stead, in Room 619, 219 South Dearborn Street, Chicago, Illinois, and request a hearing Debtor's Interim Motion To Use Cash Collateral Pursuant To § 363(c)(2) and (3) Of The Bankruptcy Code and Bankruptcy Rule 4001(b), a copy of which is attached hereto and hereby served upon you.

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by facsimile or email transmission as indicated on the 7th day of February 2014.

                                                            /s/ Gregory K. Stern
                                                            Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID # 02267012)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

**Parties Served via Facsimile**

| | |
|---|---|
| Airgas USA, LLC<br>PO Box 802576<br>Chicago, IL 60680-2576 | Fax Number (216) 642-6670 |
| American Express<br>c/o Beckett and Lee<br>PO Box 297879<br>Ft. Lauderdale, FL 33329-7879 | Fax Number (610) 993-8493 |
| Bellin Health<br>1630 Commanche Avenue<br>Green Bay, WI 54313 | Fax Number (920) 430-4599 |
| Central Indiana Tire & Retreading, Inc.<br>1051 S Laclede Street<br>Indianapolis, IN 46241 | Fax Number (317) 487-5979 |
| Day & Nite Towing<br>850 Hillcrest Street<br>Baldwin, WI 54002 | Fax Number (715) 684-3404 |
| Freeman Freeman & Smiley<br>1888 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067 | Fax Number (310) 255-6200 |
| Gateway Industrial Power Inc.<br>P.O. Box 843715<br>Kansas City, MO 64184 | Fax Number (314) 291-4646 |
| GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | Fax Number (319) 841-6324 |
| John E. Stillpass, Attorneys at Law<br>4901 Hunt Rod, #103<br>Cincinnati, OH 45242 | Fax Number (513) 794-8800 |

Leach Enterprises, Inc  Fax Number (815) 459-9430
4304 Route 176
Crystal Lake, IL 60014

Motel 6/Studio 6  Fax Number (972) 716-1331
PO Box 846175
Dallas, TX 75284-6175

Prodrivers  Fax Number (214) 296-6782
PO Box 102409
Atlanta, GA 30368-2409

RBS Citizens, N.A.  Fax Number (312) 780-1212
c/o Phillip J. Block, Esq.
Riemer & Braunstein, LLP
71 South Wacker Drive, Suite 3515
Chicago, Illinois 60606

Royal Tire, Inc.  Fax Number (320) 258-8171
NW 7828
PO Box 1450
Minneapolis, MN 55485-1450

Rush Truck Center – Huntley  Fax Number (847) 669-2615
11816 S Route 47
Huntley, IL 60142

Ryder Transportation Services 2  Fax Number (770) 569-6015
PO Box 96723
Chicago, IL 60693-6723

Trillium Drivers  Fax Number (269) 345-1805
P.O. Box 671854
Detroit, MI 48267-1854

Truck Country  Fax Number (715) 359-0969
P.O. Box 689707
Chicago, Illinois 60695

Truckers 24 HR Road Service  Fax Number (317) 486-1535
2725 South Holt Road
Indianapolis, IN 46241

Via E-mail

Loadtrek Software  kdenu@loadtrek.net
PO Box 35
Pardeeville, WI 53954

2

GREGORY K. STERN, P.C.
53 WEST JACKSON BOULEVARD
SUITE 1442
CHICAGO, ILLINOIS 60604
-----
(312) 427-1558

VIA FACSIMILE

TO:   See Attached Service List

DATED: 02/07/14

FROM: Gregory K. Stern/Monica C. O'Brien

Fax # 312-427-1289

___13___   pages transmitted, including cover sheet

Please contact (312) 427-1558 if there is a problem with the transmission of the attached.

Comments:

Re:   **Hartwig Transit, Inc., Case No. 14 B 3843**

Be advised that Hartwig Transit, Inc. filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on February 7, 2014. Attached find a copy of the Motion For Use Of Cash Collateral Pursuant To § 363(c)(2) and (3) of the Bankruptcy Code and Bankruptcy Rule 4001(b) that will be presented to the Court on February 11, 2014. Please contact me if you have any questions regarding this matter.

Monica C. O'Brien

SERVICE LIST

| | |
|---|---|
| Airgas USA, LLC | Fax Number (216) 642-6670 |
| American Express<br>c/o Beckett & Lee | Fax Number (610) 993-8493 |
| Bellin Health | Fax Number (920) 430-4599 |
| Central Indiana Tire & Retreading, Inc. | Fax Number (317) 487-5979 |
| Day & Nite Towing | Fax Number (715) 684-3404 |
| Freeman Freeman & Smiley | Fax Number (310) 255-6200 |
| Gateway Industrial Power Inc. | Fax Number (314) 291-4646 |
| GE Capital | Fax Number (319) 841-6324 |
| John E. Stillpass, Attorneys at Law | Fax Number (513) 794-8800 |
| Leach Enterprises, Inc | Fax Number (815) 459-9430 |
| Motel 6/Studio 6 | Fax Number (972) 716-1331 |
| Prodrivers | Fax Number (918) 828-0404 |
| RBS Citizens, N.A.<br>c/o Phillip J. Block, Esq. | Fax Number (312) 780-1212 |
| Royal Tire, Inc. | Fax Number (320) 258-8171 |
| Rush Truck Center – Huntley | Fax Number (847) 669-2615 |
| Ryder Transportation Services 2 | Fax Number (770) 569-6015 |
| Trillium Drivers | Fax Number (269) 345-1805 |
| Truck Country | Fax Number (715) 359-0969 |
| Truckers 24 HR Road Service | Fax Number (317) 486-1535 |

*************** -JOURNAL- *************************** DATE JAN-19-1996 ***** TIME 02:51 *** P.02

| NO. | COM | PAGES | FILE | DURATION | X/R | IDENTIFICATION | DATE | TIME | DIAGNOSTIC |
|---|---|---|---|---|---|---|---|---|---|
| 58 | 420 | 000 | | 00:00'37 | RCV | | JAN-14 | 23:00 | 0010260200000 |
| 59 | OK | 005 | 050 | 00:01'35 | RCV | 7736245315 | JAN-15 | 11:55 | 0150270577000 |
| 60 | 631 | 000/005 | 051 | 00:00'00 | XMT | 4156325611 | JAN-15 | 22:18 | 0A00420000000 |
| 61 | OK | 006/006 | 052 | 00:03'48 | XMT | 14156325611 | JAN-15 | 22:19 | 0840470237000 |
| 62 | OK | 003/003 | 053 | 00:00'52 | XMT | 13122010535 | JAN-16 | 00:04 | 6800470377000 |
| 63 | OK | | 054 | 00:01'05 | RCV | 7736245315 | JAN-16 | 16:38 | 0150270577000 |
| 64 | OK | 003 | 055 | 00:01'04 | RCV | 7736245315 | JAN-16 | 16:39 | 0150270577000 |
| 65 | 420 | 000 | | 00:00'37 | RCV | | JAN-16 | 21:52 | 0010260200000 |
| 66 | 420 | 000 | | 00:00'37 | RCV | | JAN-16 | 23:52 | 0010260200000 |
| 67 | OK | 001 | 056 | 00:00'29 | RCV | 312 325 9270 | JAN-17 | 01:40 | 0150270377000 |
| 68 | 420 | 000 | | 00:00'36 | RCV | | JAN-17 | 01:52 | 0010260200000 |
| 69 | 420 | 000 | | 00:00'36 | RCV | | JAN-17 | 03:53 | 0010260200000 |
| 70 | OK | 001 | 057 | 00:01'01 | RCV | American Registry | JAN-17 | 23:50 | 0150270577000 |
| 71 | OK | 002 | 058 | 00:02'13 | RCV | ARS | JAN-18 | 02:44 | 0150270367000 |
| 72 | OK | 002 | 059 | 00:02'12 | RCV | ARS | JAN-18 | 02:46 | 0150270367000 |
| 73 | OK | 003/003 | 060 | 00:00'59 | XMT | 19729169972 | JAN-18 | 04:00 | 0840470377000 |
| 74 | OK | 003/003 | 061 | 00:00'56 | XMT | 13127263875 | JAN-18 | 04:14 | 0800470377000 |
| 75 | OK | 001 | 062 | 00:00'31 | RCV | 13123532437 | JAN-18 | 15:15 | 0150270377000 |
| 76 | OK | 013/013 | 063 | 00:03'01 | XMT | 12166426670 | JAN-18 | 23:37 | E800470377000 |
| 77 | OK | 013/013 | 063 | 00:08'19 | XMT | 19204304599 | JAN-18 | 23:41 | F800460A12000 |
| 78 | OK | 013/013 | 063 | 00:03'01 | XMT | 17156843404 | JAN-18 | 23:52 | 0840470377000 |
| 79 | OK | 013/013 | 064 | 00:03'14 | XMT | 13127801212 | JAN-19 | 00:06 | 0840470377000 |
| 80 | OK | 013/013 | 064 | 00:05'01 | XMT | 13102556200 | JAN-19 | 00:10 | 0800470337000 |
| 81 | OK | 013/013 | 064 | 00:03'09 | XMT | 13142914646 | JAN-19 | 00:15 | 0840470377000 |
| 82 | OK | 006 | 066 | 00:02'31 | RCV | 815 947 3282 | JAN-19 | 00:25 | 0150270377000 |
| 83 | 407 | 011/013 | 067 | 00:03'16 | XMT | 13198416324 | JAN-19 | 00:30 | 0840470377000 |
| 84 | OK | 013/013 | 067 | 00:03'51 | XMT | 15137948800 | JAN-19 | 00:34 | 0800470337000 |
| 85 | OK | 013/013 | 067 | 00:02'59 | XMT | 18154599430 | JAN-19 | 00:38 | F840470377000 |
| 86 | OK | 013/013 | 067 | 00:02'55 | XMT | 19727161331 | JAN-19 | 00:42 | 0840470377000 |
| 87 | OK | 002/013 | 067 | 00:00'45 | XMT | 13198416324 | JAN-19 | 00:48 | 0840470377000 |
| 88 | OK | 013/013 | 068 | 00:02'55 | XMT | 19727161331 | JAN-19 | 00:55 | 0840470377000 |
| 89 | 404 | 000/013 | 068 | 00:00'32 | XMT | 12142966782 | JAN-19 | 00:59 | 0840470377000 |
| 90 | OK | 013/013 | 068 | 00:03'30 | XMT | 13202588171 | JAN-19 | 01:00 | 0840470277000 |
| 91 | OK | 013/013 | 068 | 00:03'01 | XMT | 18476692615 | JAN-19 | 01:04 | F840470377000 |
| 92 | 631 | 000/013 | 067 | 00:00'00 | XMT | 18772260107 | JAN-19 | 01:07 | 0A00420000000 |
| 93 | 404 | 000/013 | 068 | 00:00'32 | XMT | 12142966782 | JAN-19 | 01:10 | 0840470377000 |
| 94 | 404 | 000/013 | 068 | 00:00'35 | XMT | 12142966782 | JAN-19 | 01:14 | 0840470377000 |
| 95 | 404 | 000/013 | 068 | 00:00'33 | XMT | 12142966782 | JAN-19 | 01:18 | 0840470377000 |
| 96 | 404 | 000/013 | 068 | 00:00'32 | XMT | 12142966782 | JAN-19 | 01:22 | 0840470377000 |
| 97 | OK | 001 | 071 | 00:00'29 | RCV | 312 325 9270 | JAN-19 | 01:28 | 0150270377000 |
| 98 | OK | 002 | 072 | 00:00'49 | RCV | 815 947 3282 | JAN-19 | 01:38 | 0150270377000 |
| 99 | OK | 013/013 | 073 | 00:03'07 | XMT | 17705696015 | JAN-19 | 01:55 | 0840470377000 |
| 00 | OK | 013/013 | 073 | 00:03'01 | XMT | 12693451805 | JAN-19 | 01:58 | 0800470377000 |
| 01 | OK | 013/013 | 073 | 00:03'02 | XMT | 17153590969 | JAN-19 | 02:02 | 7840470377000 |
| 02 | 407 | 005/013 | 073 | 00:02'07 | XMT | 13174861535 | JAN-19 | 02:05 | 0800470377000 |
| 03 | OK | 008/013 | 073 | 00:01'56 | XMT | 13174861535 | JAN-19 | 02:11 | 0800470377000 |
| 04 | OK | 013/013 | 075 | 00:02'58 | XMT | 16109938493 | JAN-19 | 02:16 | F800470377000 |
| 05 | OK | 013/013 | 075 | 00:02'57 | XMT | 13174875979 | JAN-19 | 02:19 | 0800470377000 |
| 06 | OK | 013/013 | 076 | 00:02'56 | XMT | 19188280404 | JAN-19 | 02:39 | 0840470377000 |
| 07 | OK | 001 | 077 | 00:00'30 | RCV | Consumer Portfolio S | JAN-19 | 02:44 | 0150270577000 |

*************************************** — — ***** — — ***********

# Rena Noble

| | |
|---|---|
| From: | "Karen Denu" <kdenu@loadtrek.net> |
| Date: | Friday, February 07, 2014 4:39 PM |
| To: | <rena@gregstern.com> |
| Subject: | RE: Hartwig Transit, Inc., Case No. 14 B 3843 LT:00129416 |

Documents Received

-------------------- Original Message --------------------
**From:** rena@gregstern.com
**Received:** 2/7/2014 4:32 PM
**To:** Karen Denu
**Subject:** Hartwig Transit, Inc., Case No. 14 B 3843

Please see attached.

Thank you in advance for the confirmation and your assistance with this matter.

Rena Noble

Gregory K. Stern, P.C.
(312) 427-1558

---

http://static.avast.com/emails/avast-mail-stamp.png

This email is free from viruses and malware because avast! Antivirus protection is active.

2/7/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HARTWIG TRANSIT, INC., | ) | Case No. 14 B 3843 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | February 11, 2014 @ 9:30 a.m. |

**MOTION FOR USE OF CASH COLLATERAL
PURSUANT TO § 363(c)(2) and (3) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 4001(b)**

Now comes the Debtor, Hartwig Transit, Inc., by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, Christina M. Riepel, and Rachel D. Stern, and in support of its Motion For Use Of Cash Collateral Pursuant To § 363(c)(2) and (3) of the Bankruptcy Code and Bankruptcy Rule 4001(b) ("Motion"), states as follows:

1. On February 6, 2014, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. This Court has jurisdiction pursuant to 28 U.S.C. §1334; and, this matter constitutes a core proceeding under 28 U.S.C. §157(b)(2)(M).

3. The Debtor, as Debtor In Possession, has continued in possession of its property, pursuant to §§ 1107 and 1108; and, no trustee has been appointed in this case.

4. The Debtor operates a transit company which delivers bulk mail freight for the United States Post Office in the states of Illinois, Indiana, Iowa, Kentucky, Michigan, Minnesota, Missouri, Ohio, New York, Pennsylvania, West Virginia and Wisconsin.

5. RBS Citizens, N.A., d/b/a Charter One, as successor by merger with Charter One Bank, N.A. ("RBS Citizens") is a creditor of the Debtor by virtue of the following:

(a)  Term Note dated July 3, 2008 in the principal amount of $2,277,844,74. ("RBS Note 1").

(b)  Term Note dated July 3, 2008 in the principal amount of $712,464.06. ("RBS Note 2").

(c)  Term Note dated July 3, 2008 in the principal amount of $900,000.00. ("RBS Note 3").

(d)  A Term Note – Line of Credit dated July 3, 2008 in the principal amount of $300,000.00. ("RBS Note 4").

(e)  A Revolving Term Note dated July 3, 2008 in the principal amount of $600,000.00. ("RBS Note 5").

(f)  A Term Note dated June 20, 2008 in the principal amount of $140,000.00. ("RBS Note 6").

(RBS Note 1, RBS Note 2, RBS Note 3, RBS Note 5 shall collectively be referred to as the "RBS Secured Notes")

6.  In conjunction with RBS Secured Notes, the Debtor executed a Loan and Security Agreement dated July 3, 2008 which purports to grant RBS Citizens a first priority security interest in and to any and all personal property of the Debtor, including, but not limited to the following: accounts, chattel paper, goods, inventory, equipment, fixtures, farm products, instruments, investment property, documents, commercial tort claims, deposit accounts, letter of credit rights, general intangibles, supporting obligations, and proceeds and products of the foregoing. (the "Collateral").

7.  Upon information and belief, RBS Citizens asserts a perfected security interest in the Debtor's Collateral[1] by virtue of a UCC Financing Statement filed with the Illinois Secretary of State.

8.  On December 11, 2009, RBS Citizens caused to be filed a First Amended Verified Complaint and Counterclaim for Breach of Contract, UCC Foreclosure, Real Estate Foreclosure and

---

[1] In additional to the Collateral, RBS Citizens holds title to 42 commercial trucks (the "Vehicles") as security for the RBS Notes and the estimated current market value of the Vehicles is $484,000.00.

Other Relief ("Counterclaim') in the case more commonly known as *RBS Citizens, N.A., d/b/a Charter One, as successor by merger with Charter One Bank, N.A. v. Hartwig Transit, Inc., et al.,* case no. 09 CH 16606 (the "Circuit Court Case").

9. On February 6, 2014, an Order[2] was entered in the Circuit Court Case in favor of RBS Citizens in the total amount of $4,795,058.59 (the "Indebtedness").

10. The Debtor's Collateral and Vehicles have an estimated current market value of at least $834,727.24.

11. Any proceeds of the Collateral including cash and cash equivalents constitute cash collateral within the meaning of 11 U.S.C. § 363.

12. The Debtor lacks funds with which to fund this Chapter 11, and specifically with which to continue the operations of its bulk mail transit business without the continued use of the Collateral. The Debtor requires use of its post-petition receipts to pay employees, insurance, fuel, truck repairs and maintenance costs and other necessary expenses associated with the operation of its business.

13. To assist the Debtor in continuing with its operations and to propose a plan of reorganization in accordance with 11 U.S.C. §§ 1107 and 1108, the Debtor requires the use of the Collateral.

14. Without the immediate use of the Collateral, the estate will suffer immediate and irreparable harm, including the inability to pay its employees, insurance, fuel, truck repair and maintenance costs, and maintain regular business operations, which is vital to the operations of a bulk mail freight transit business.

15. The Debtor requires the use of cash collateral in the approximate amounts as set forth on

---

[2] The total Indebtedness reflects the judgment amounts entered in favor of RBS Citizens and against the Debtor on Counts I, II, III, IV, V, VII, XII, XIV of the Counterclaim, plus attorney's fees and costs.

3

the Budget attached hereto as Exhibit A and made a part hereof.

16. The Debtor is unable to obtain secured or unsecured credit in the ordinary course of business, or otherwise, pursuant to § 364.

17. As and for adequate protection of RBS Citizens's interest in the Collateral, the Debtor proposes:

    (a) RBS Citizens shall be granted valid and perfected replacement liens in and to the Collateral to the same extent and with the same priority as held pre petition; and,

    (b) Insurance shall be maintained on the Collateral and Vehicles, listing RBS Citizens as a lienholder and loss payee.

18. The Debtor requires the interim use of Cash Collateral to pay the necessary costs associated with the operation of its business and requests that this Court conduct a preliminary hearing, instanter, on the Motion and set this matter for final hearing on March 4, 2014, at 10:00 a.m.

19. Notice of this Motion has been sent to all secured creditors and parties in interest, including the twenty (20) largest unsecured creditors in this Chapter 11 case, in accordance with Bankruptcy Rule 4001 and Rule 1007(d).

WHEREFORE, Hartwig Transit, Inc., Debtor and Debtor In Possession, prays for entry of an order as follows:

A. Authorizing its use of cash collateral, as defined in 11 U.S.C. § 363;

B. Granting RBS Citizens, N.A., d/b/a Charter One, as successor by merger with Charter One Bank, N.A. adequate protection as follows: a post-petition replacement lien, to the same extent and with the same priority as held pre petition, under 11 U.S.C. §§ 361(2) and 363 on all of the Collateral and all post-petition property of the Debtor of the type or kind substantially equivalent to the Collateral;

C. Setting this matter for a final hearing on the Debtor's Motion to Use Cash Collateral for March

4

4, 2014, at 10:00 a.m.; and,

    D. For such other further relief as this Court deems just.

By:   /s/ Gregory K. Stern
        Gregory K. Stern, Attorney

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID # 02267012)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

5