**HARTWIG TRANSIT, INC.**
**BUDGET THROUGH MAY 8, 2014**

| | |
|---|---:|
| Income | |
| Post Office | $1,016,635.70 |
| Balance in All Accounts | $63,636.28 |
| **Total** | **$1,080,271.98** |
| | |
| **Expenses** | |
| Drivers Wgaes | $497,517.24 |
| Payroll Taxes | $226,286.43 |
| GPS Service | $9,302.80 |
| Bank Service Charges | $266.40 |
| Brokers Fees | $13,145.88 |
| Accounting Fees | |
| Sign on Bonus | $3,000.00 |
| Contracted Labor | $14,127.20 |
| Cleaning | |
| Disposal | $796.25 |
| Drug Screen & Physical | $582.00 |
| Finance Charge | |
| Fuel | $11,652.25 |
| IFTA Reporting | $2,874.90 |
| Licenses & Permits | |
| Legal Fees | |
| Lodging | $8,400.00 |
| Meals | |
| Medical Expense | |
| MVR Reports | $119.00 |
| Office Supplies | $772.10 |
| Oil & Lubricants | $9,300.90 |
| Payroll Fees | $1,825.75 |
| Postage & Delivery | $345.80 |
| Rent Expense | $14,573.00 |
| Repairs & Maintenance | $48,205.85 |
| Small Tools & Equipment | |
| Telephone Expense | $4,323.80 |
| Tolls | $9,678.55 |
| Tires | $18,428.90 |
| Towing | $1,446.20 |
| Truck Leases | $15,875.30 |
| Travel | $900.00 |
| Uniforms | $2,968.70 |
| Union Dues | $6,708.43 |
| Utilities | $3,991.40 |
| Tickets & Penalties | |
| Truck Insurance | $53,000.00 |
| Workmans Comp Insurance (OH) | |
| Workmans Comp Insurance | $61,723.31 |
| Health Insurance | $19,903.08 |
| Life Insurance | $969.25 |
| Dental Insurance | $2,542.66 |
| Aflac Insurance | $4,315.88 |
| | |
| **Total** | **$ 1,069,869.21** |