UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Bankruptcy No. 14 B 03843 |
| HARTWIG TRANSIT, INC., | ) Judge Donald R. Cassling |
| | ) |
| Debtor. | ) |

## ORDER REQUIRING FILING OF A PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

An order for relief under Chapter 11, Title 11 of the United States Code having been entered on February 7, 2014, IT IS HEREBY ORDERED that the debtor-in-possession (or debtor if trustee is appointed) is required to file her Plan of Reorganization and Disclosure Statement on or before June 9, 2014.

ENTERED:

DATE: FEB 1 0 2014

Donald R. Cassling
United States Bankruptcy Judge