UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 14-3843
HARTWIG TRANSIT, INC. )
)
) Chapter: 11
) Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS

THIS CAUSE COMING ON TO BE HEARD on the Debtor's Application to Employ Attorneys, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The Debtor is authorized to employ the services of Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien, Christina M. Riepel and Rachel D. Stern, as counsel for the Debtor as Debtor In Possession in this case under Chapter 11 of the Bankruptcy Code effective to February 7, 2014, with all compensation and reimbursement of expenses being subject to approval by this Court.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: March 11, 2014

**Prepared by:**

Gregory K. Stern (Atty #6183380)
Dennis E. Quaid (Atty. #02267012)
Monica C. O'Brien (Atty #6216626)
Christina M. Riepel (Atty #6297514)
Rachel D. Stern (Atty #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
Phone (312) 427-1558