IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HARTWIG TRANSIT, INC., | ) | Case No. 14 B 3843 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | June 3, 2014 at 9:30 a.m. |

## NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE THAT** on June 3, 2014, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling, or any other judge sitting in his stead, in Room 619, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Application to Employ Special Counsel, a copy of which is attached hereto and thereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants, and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 22nd day of May 2014.

                                                    /s/ Gregory K. Stern
                                                      Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

Phillip J Block, Esq.
Riemer & Braunstein LLP
71 South Wacker Drive
Suite 3515
Chicago, Illinois 60606

Jeffrey D Ganz, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108

W. Kent Carter, Esq.
Clark Hill PLC
150 North Michigan Avenue
Suite 2700
Chicago, Illinois 60601

Daniel F Konicek, Esq.
Konicek & Dillon PC
21 W State Street
Geneva, IL 60134

William D. Brejcha
Scopelitis Garvin Light Hanson & Feary, PC
30 West Monroe Street
Chicago, Illinois 60603

**Parties Served U.S. Mail**

Hartwig Transit, Inc.
2822 Industrial Avenue
Rolling Meadows, Illinois 60008

Nancy Lee Carlson, Esq.
926 Braeburn Road
Inverness, Illinois 60067

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HARTWIG TRANSIT, INC., | ) | Case No. 14 B 3843 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | June 3, 2014 at 9:30 a.m. |

**DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

NOW COMES the Debtor, Hartwig Transit, Inc., Debtor and Debtor in Possession, by and through its attorneys, Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien and Rachel D. Stern, and in support of its Application to Employ Special Counsel, states as follows:

1. On February 7, 2014, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code, which was assigned case number 14 B 3843 (the "Instant Case").

2. The Debtor, as Debtor In Possession, has continued in possession of its property, pursuant to §§ 1107 and 1108; and, no trustee has been appointed in the Chapter 11 Cases.

3. The Debtor, as Debtor in Possession, desire to employ Nancy Lee Carlson as Special Counsel ("Special Counsel"). Special Counsel is an attorney duly admitted to practice law in the State of Illinois and before this Court.

4. On May 20, 2014, the Debtor entered into an agreement with Special Counsel to provide general corporate legal services to the Debtor, including union contract negotiation, negotiations with vendors and supplies, United States Postal Service negotiations and general employment issues. The Debtor has not employed Special Counsel for representation and/or Special Counsel's participation in any matter related to litigation against RBS Citizens, including but not limited to the

appeal of *Hartwig Transit, Inc. et al. v. RBS Citizen National Association*, Case No. 09 CH 16606. A copy of the Agreement is attached as Exhibit A and made a part hereof.

    5. The Debtor has selected Special Counsel for the reason that she is familiar with the Debtor's business and corporate law, she has experience and familiarity in matters of this nature and she is well qualified to represent the Estate and Debtor in Possession.

    6. The Debtor has agreed to compensate Special Counsel pursuant to the Agreement which provides that Debtor will pay Special Counsel's hourly rate of $350.00 per hour. Said agreement provides further that Counsel shall be compensated for services rendered in accordance with her hourly rates, as in effect from time to time, with all compensation subject to further approval of this Court ("Fee Agreement").

    7. The Debtor seeks authorization to employ Special Counsel and to compensate her in accordance with the terms of the Fee Agreement.

    8. Special Counsel represents no interest adverse to the Debtor or to the estate in matters upon which she is to be engaged for the Estate.

    9. To the best of the Debtor's knowledge, Special Counsel has no connection with the Debtor, its creditors, or any other party in interest herein, or their respective attorneys, the United States Trustee or any other person employed in the office of the United States Trustee, except that Special Counsel has provided professional services to the Debtor prior to the filing of the instant bankruptcy case. The Affidavit of Nancy Lee Carlson attesting to the foregoing, is attached hereto and made a part hereof.

    10. The retention of Special Counsel to perform professional services for the Debtor as Debtor in Possession is in the best interest of this Estate.

**WHEREFORE**, the Debtor, Hartwig Transit, Inc., prays for an order, pursuant to 11 U.S.C. §327:

(a)  Authorizing it to employ Nancy Lee Carlson as Special Counsel, under the terms and conditions as set forth herein; and,

(b)  For such other further relief as this Court deems just.

/s/ Gregory K. Stern
Gregory K. Stern, Debtor's Attorney

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558