THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HARTWIG TRANSIT, INC., | ) | Case No. 14 B 3843 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | May 26, 2015 at 9:30 a.m. |

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE THAT** on May 26, 2015, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling, or any other judge sitting in his stead, in Room 619, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Accountant's Application for Allowance of Final Compensation and Reimbursement of Costs and Expenses, a copy of which is attached hereto and thereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and APPLICATION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 4th day of May 2015.

                                            /s/ Gregory K. Stern
                                            Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Jeffrey D. Ganz, Esq.
Riemer & Braunstein LLP
71 South Wacker Drive
Suite 3515
Chicago, Illinois 60606

W. Kent Carter, Esq.
Clark Hill PLC
150 North Michigan Avenue, Suite 2700
Chicago, Illinois 60601

Daniel F Konicek, Esq.
Konicek & Dillon PC
21 West State Street
Geneva, Illinois 60134

Thomas V. Askounis
Amrit S. Papai
Askounis & Darcy, P.C.
444 North Michigan Avenue, Suite 3270
Chicago, Illinois 60611

William D. Brejcha
Scopelitis Garvin Light Hanson & Feary, PC
30 West Monroe Street
Chicago, Illinois 60603

**Parties Served U.S. Mail**

Hartwig Transit, Inc.
2822 Industrial Avenue
Rolling Meadows, Illinois 60008

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HARTWIG TRANSIT, INC. | ) | CASE NO.    14 B 3843 |
| | ) | |
| DEBTOR | ) | HON.  DONALD R. CASSLING |

FINAL APPLICATION FOR COMPENSATION

NOW COMES Margaret (Peggy) Hunn, CPA as a partner of Rozovics Group, LLP (collectively referred to as the "Accountants") and as the accountants for Hartwig Transit, Inc. Debtor, and in support of their Final Application for Compensation, states as follows:

1. That on or about March 4, 2014, an order was entered authorizing to employ Margaret (Peggy) Hunn, CPA, as accountant for the Debtor, with all compensation and reimbursement of expenses subject to further approval of this Court.

2. On June 30, 2014, the Accountants filed their First Application for Interim Compensation (the "First Application") (Docket No. 92) and Time Sheets reflecting 170.80 hours of professional services rendered March 4, 2014 through June 20, 2014 which are incorporated by reference herein; and, on September 9, 2014, an Order Allowing Interim Compensation and Reimbursement of Costs and Expenses was entered (Docket No. 142) awarding $40,686.08 to Accountants. The interim compensation awarded under the First Application has been paid by the Debtor.

3. On January 15, 2015, the Accountants filed their Second Application for Interim Compensation (the "Second Application") (Docket No. 234) and Time Sheets

reflecting 113.15 hours of professional services rendered June 21, 2014 through December 31, 2014 which are incorporated by reference herein; and, on February 10, 2015, an Order Allowing Second Compensation and Reimbursement of Costs and Expenses was entered (Docket No. 250) awarding $30,366.34 to Accountants. The unpaid balance of the allowed compensation and reimbursement of costs and expenses sought in the Second Application is $30,366.34.

4. That Exhibit "A" contains detailed entries listing the date, the provider of services and outlines the total time allocation by the individual.

5. That Exhibit "B" contains a Summary Report by Timekeeper listing the provider of services and outlines the total time allocation by the individual.

6. That Exhibit "C" is the Narrative Summary to the Summary Report by Activity (Exhibit "D"). That Exhibit "D" contains a Summary Report by Activity listing the time spent and the activity performed, outlining each activity by total time and its associated percentage.

7. The Accountants have expended 25.40 hours of professional services, of which 21.10 hours of professional services were performed by Margaret (Peggy). Hunn, CPA and 4.3 hours were performed by Margarita Polyakova, CPA, for the period January 1, 2015 through April 30, 2015, as is fully set forth in Exhibit "A", attached hereto and made a part thereof. The reasonable value of these services is $6,857.42.

8. That all of the professional services rendered have been actual and necessary services rendered, which are of the nature of accounting work. Margaret (Peggy) Hunn, CPA and Rozovics Group, LLP, respectfully submits that the fees

requested in this Application constitute a reasonable and fair value of such services in view of the time spent and the complexity of the matters involved.

WHEREFORE, Margaret (Peggy) Hunn, CPA prays for entry of an Order, pursuant to § 330 of the Bankruptcy Code, allowing Accountants final compensation in the amount of $77,912.84 for actual and necessary professional services rendered and reimbursement for actual and necessary costs and expenses incurred; authorizing the Debtor to pay the unpaid balance of allowed final compensation and reimbursement of costs and expenses of $37,223.76 as a priority cost of administration; and, for such other relief as this Court deems just.

    Respectfully submitted,

    By: /s/ Gregory K. Stern
        Gregory K. Stern, Esq.

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558