IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HARTWIG TRANSIT, INC., | ) | Case No. 14 B 3843 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date & Time: |
| | ) | May 26, 2015 at 9:30 a.m. |

## NOTICE OF MOTION

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on May 26, 2015, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling, or any other judge sitting in his stead, in Room 619, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Reorganized Debtor's Motion To Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 19th day of May 2015.

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory K. Stern
　　　　　　　　　　　　　　　　　　　　　　Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

# SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

Jeffrey D. Ganz, Esq.
Riemer & Braunstein LLP
71 South Wacker Drive
Suite 3515
Chicago, Illinois 60606

W. Kent Carter, Esq.
Clark Hill PLC
150 North Michigan Avenue, Suite 2700
Chicago, Illinois 60601

Daniel F Konicek, Esq.
Konicek & Dillon PC
21 West State Street
Geneva, Illinois 60134

Thomas V. Askounis
Amrit S. Papai
Askounis & Darcy, P.C.
444 North Michigan Avenue, Suite 3270
Chicago, Illinois 60611

William D. Brejcha
Scopelitis Garvin Light Hanson & Feary, PC
30 West Monroe Street
Chicago, Illinois 60603

**Parties Served U.S. Mail**

Hartwig Transit, Inc.
2822 Industrial Avenue
Rolling Meadows, Illinois 60008

Nancy Lee Carlson
926 North Braeburn Road
Inverness, Illinois 60067

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HARTWIG TRANSIT, INC., | ) | Case No. 14 B 3843 |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date & Time: |
| | ) | May 26, 2015 at 9:30 a.m. |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes Hartwig Transit, Inc., the Reorganized Debtor, by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Rachel S. Sandler, and in support of its Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1.     On February 17, 2014, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

2.     On January 20, 2015, the Chapter 11 Debtor in Possession's Second Amended Plan of Reorganization (the "Plan") was confirmed and provided, *inter alia*, for the restructuring and compromise of RBS' secured claim in the amount of $4,650,342.43 to $1,500,000.00 payable, in full, with interest over a sixty (60) month repayment term and unsecured debt aggregating approximately $1,861,210.50 payable from a fund of $240,000.00 over a four year term.

3.     Pursuant to the Plan, the Reorganized Debtor has made payments on allowed administrative claims and has commenced monthly payments to its secured and leasehold creditors under the Plan.

4.     The Debtor has made all payments required by the United States Trustee for

quarterly fees.

5.     The Reorganized Debtor has filed and successfully prosecuted claim objections.

6.     There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

WHEREFORE, Hartwig Transit, Inc., Reorganized Debtor, prays for an order entering a Final Decree and closing the Chapter 11 case; and, for such other relief as may be just.

                                                    /s/ Gregory K. Stern
                                                    Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558