UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: <br> HARTWIG TRANSIT, INC. <br><br><br> Debtor(s) | BK No.: 14-3843 <br><br> Chapter: 11 <br> Honorable Donald R. Cassling |

### Order Allowing Final Compensation and Reimbursement of Costs and Expenses

THIS CAUSE COMING ON TO BE HEARD on Debtor's Attorneys' Application For Allowance Of Final Compensation And Reimbursement Of Costs And Expenses, due and proper notice having been served and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Rachel S. Sandler, pursuant to 11 U.S.C. § 330, are allowed final compensation of $256,365.00, for services rendered from January 8, 2014 through May 26, 2015, to the Debtor as Chapter 11 Debtor in Possession, and reimbursement of costs and expenses of $6,189.58.

2. The Reorganized Debtor is authorized and directed to pay the unpaid balance of the allowed final compensation and reimbursement of costs and expenses in the amount of $135,571.96.

Enter:

Dated: 5-26-15

*Donald R. Cassling*
United States Bankruptcy Judge

**Prepared by:**
Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID # 02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

Rev: 20130104_bko